1 | THOMAS M. MCINERNEY, State Bar No. 162055
tom.mcinerney@ogletreedeakins.com
2 | CHRISTOPHER M. AHEARN, State Bar No. 239089
chris.ahearn@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, California 94105
5 | Telephone:   (415) 442-4810
Facsimile:    (415) 442-4870
6
Attorneys for Defendant, Counter-Claimant and Cross-Claimant
7 | WELLS FARGO BANK, N.A., and Defendant the LIFE INSURANCE
ENDORSEMENT METHOD SPLIT DOLLAR PLAN
8
MARK H. LIPTON, CA State Bar No. 51010
9 | NEYART, ANDERSON, FLYNN, & GROSBOLL
1380 Lead Hill Blvd., Ste. 106
10 | Roseville, CA 956661
Telephone:    (916) 652-2221
11
Attorneys for Plaintiff and Counter-Defendant LESLIE LANNA
12 | and Cross-Defendants NICOLE LANNA and JAMIE LANNA

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LANNA, an individual, | Case No.  CV 093432 SC |
| Plaintiff, | **JOINT STIPULATION BY LESLIE LANNA, NICOLE LANNA, JAMIE LANNA, WELLS FARGO BANK, N.A., AND THE LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN TO CONTINUE 12-4-2009 CASE MANAGEMENT CONFERENCE; AND** |
| v. | |
| WELLS FARGO BANK, N.A. the appropriate named fiduciary of the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN, LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN | |
| | **[PROPOSED] ORDER** |
| Defendants. | Complaint Filed:  July 27, 2009
Trial Date:           None Set |

Case No. CV-093432 SC
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING 12-4-09 CASE MGMT. CONFERENCE

7883020_4

| | |
|---|---|
| 1<br>2<br>3<br>4 | WELLS FARGO BANK, N.A. the appropriate named fiduciary of the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN and of the EXECUTIVE SUPPLEMENTAL COMPENSATION AGREEMENT, |
| 5 | Counter-Claimant,<br>v. |
| 6 | LESLIE LANNA, |
| 7 | Counter-Defendant. |
| 8<br>9<br>10<br>11 | WELLS FARGO BANK, N.A. the appropriate named fiduciary of the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN and of the EXECUTIVE SUPPLEMENTAL COMPENSATION AGREEMENT, |
| 12 | Cross-Claimant, |
| 13 | v. |
| 14 | CATHERINE LANNA, NICOLE LANNA, AND JAMIE LANNA, |
| 15 | Cross-Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Leslie Lanna ("Leslie Lanna"), Cross-Defendants Nicole Lanna ("Nicole Lanna") and Jamie Lanna ("Jamie Lanna"), Defendant, Counter-Claimant and Cross-Claimant Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant the Life Insurance Endorsement Method Split Dollar Plan (the "Plan"), (collectively, the "Parties"), and their respective counsels of record, that the following Stipulation may be entered to give effect to the stipulations set forth below pursuant to Civil L.R. 16-2(e).

WHEREAS, pursuant to the Court's October 8, 2009 notice (Docket No. 9), an initial Case Management Conference in this action is currently scheduled for December 4, 2009 at 10:00 a.m.;

WHEREAS, on October 9, 2009, Wells Fargo and the Plan filed a responsive pleading, Docket No. 10 (the "Answer"), in which Wells Fargo added a counterclaim against Leslie Lanna, and cross-claims against Catherine Lanna, Nicole Lanna and Jamie Lanna;

WHEREAS, neither Nicole Lanna, Jamie Lanna, nor Cross-Defendant Catherine Lanna

("Catherine Lanna") have accepted service of the Answer;

WHEREAS, the Parties, in addition to Catherine Lanna, are currently engaged in discussions regarding the amendment of the Answer and complaint, and possible settlement, and they wish to have additional time to meet and confer in advance of the December 4, 2009 Case Management Conference regarding these issues;

WHEREAS, Catherine Lanna is currently represented by John P. Robertson II of the law firm of Jennings, Strouss and Salmon in Phoenix, Arizona;

WHEREAS, the undersigned are informed by Mr. Robertson that Catherine Lanna is currently undertaking efforts to retain counsel who is admitted to the bar of this Court;

IT IS THEREFORE STIPULATED by and between the Parties that the Court should continue the December 4, 2009 Case Management Conference to December 11, 2009 at 10:00 a.m., or such other later date and time as may be convenient for the Court.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED:  November 13, 2009         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  _____/s/ Christopher M. Ahearn_____
Christopher M. Ahearn
Attorneys for Defendant, Counter-Claimant, and Cross-Claimant WELLS FARGO BANK, N.A., and Defendant the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

DATED:  November 13, 2009         NEYART, ANDERSON, FLYNN, & GROSBOLL


By:  _____/s/ Mark H. Lipton_____
Mark H. Lipton
Attorneys for Plaintiff and Counter-Claimant LESLIE LANNA, and Cross-Defendants NICOLE LANNA and JAMIE LANNA

1  ("Catherine Lanna") have accepted service of the Answer;

2  WHEREAS, the Parties, in addition to Catherine Lanna, are currently engaged in discussions regarding the amendment of the Answer and complaint, and possible settlement, and they wish to have additional time to meet and confer in advance of the December 4, 2009 Case Management Conference regarding these issues;

6  WHEREAS, Catherine Lanna is currently represented by John P. Robertson II of the law firm of Jennings, Strouss and Salmon in Phoenix, Arizona;

8  WHEREAS, the undersigned are informed by Mr. Robertson that Catherine Lanna is currently undertaking efforts to retain counsel who is admitted to the bar of this Court;

10  IT IS THEREFORE STIPULATED by and between the Parties that the Court should continue the December 4, 2009 Case Management Conference to December 11, 2009 at 10:00 a.m., or such other later date and time as may be convenient for the Court.

13  IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: November 13, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Christopher M. Ahearn
Attorneys for Defendant, Counter-Claimant, and Cross-Claimant WELLS FARGO BANK, N.A., and Defendant the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

DATED: November 13, 2009

NEYART, ANDERSON, FLYNN, & GROSBOLL

By: _____
Mark H. Lipton
Attorneys for Plaintiff and Counter-Claimant LESLIE LANNA, and Cross-Defendants NICOLE LANNA and JAMIE LANNA

1  ATTESTATION PER GENERAL ORDER NO. 45.X.B.

2  Concurrence in the filing of this document has been obtained from each of the signatories

3  listed above. Attested to on November 13, 2009 under penalty of perjury under the laws of the

4  United States.

5  /s/ Christopher M. Ahearn
   Christopher M. Ahearn

6

7  **~~PROPOSED~~ ORDER**

8  Having reviewed the foregoing Joint Stipulation by Leslie Lanna, Wells Fargo Bank, N.A.,

9  and the Life Insurance Endorsement Method Split Dollar Plan to Continue the 12-4-2009 Case

10 Management Conference, and GOOD CAUSE APPEARING for the requested relief, it is hereby

11 ORDERED that:

12 The Case Management Conference in this action currently scheduled for December 4, 2009

13 at 10:00 a.m. is continued to ~~December 11, 2009 at 10:00 a.m.~~ January 22, 2010 at 10:00 a.m.

14 **IT IS SO ORDERED**

15 Dated: November __17__, 2009

16 
   _____
   HON. SAMUEL CONTI
17 UNITED STATES DISTRICT JUDGE