MARK H. LIPTON, State Bar No. 51010
NEYART, ANDERSON, FLYNN, & GROSBOLL
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 956661
Telephone:     (916) 652-2221

Attorneys for Plaintiff
LESLIE LANNA

THOMAS M. MCINERNEY, State Bar No. 162055
tom.mcinerney@ogletreedeakins.com
CHRISTOPHER M. AHEARN, State Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:     (415) 442-4810
Facsimile:     (415) 442-4870

Attorneys for Defendants
WELLS FARGO BANK, N.A. AND LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LANNA, an individual, | Case No. CV 093432 SC |
| Plaintiff, | **STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO BANK, N.A. the appropriate named fiduciary of the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN, | Complaint Filed: July 27, 2009<br>Trial Date:     None Set |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Leslie Lanna ("Plaintiff") and
2 Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and the Life Insurance Endorsement Method
3 Split Dollar Plan (the "Plan") (collectively, the "Defendants"), and their respective counsels of
4 record, that the following Stipulation may be entered to give effect to the stipulations set forth
5 below pursuant to Civil L.R. 6-1(a).
6  WHEREAS, Plaintiff filed her Complaint for Death Benefits, Attorney Fees and Interest
7 Under Employee Benefit Plan [ERISA] (the "Complaint") on July 27, 2009, and served it upon the
8 Defendants on August 5, 2009;
9  WHEREAS, on October 9, 2009, Wells Fargo and the Plan filed an Answer, with
10 Counterclaims and Cross-Claims;
11  WHEREAS, the Plaintiff has requested that Wells Fargo and the Plan stipulate to an
12 amendment of the Plaintiff's Complaint, in the form attached as <u>Exhibit A</u>;
13  WHEREAS, Wells Fargo and the Plan agree that the Plaintiff may file the amended
14 complaint attached as <u>Exhibit A</u>;
15  WHEREAS, the first deadline established by the Court's most current case management
16 order is not until the end of December 2009, such that, as required by Civil L.R. 6-1(a), this
17 stipulation will not alter the date of any event or any deadline already fixed by Court order;
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     Case No. CV-093432 EDL
STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1 THEREFORE, the parties hereto stipulate that Plaintiff may file her First Amended Complaint in the form attached hereto as <u>Exhibit A</u>.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: December 4, 2009                    NEYART, ANDERSON, FLYNN & GROSBOLL

                                           By: /S/ Mark H. Lipton_____
                                                MARK H. LIPTON
                                           Attorneys for Plaintiff
                                           LESLIE LANNA

DATED: December 4, 2009                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                           By: /S/Christopher M. Ahearn_____
                                                CHRISTOPHER M. AHEARN
                                           Attorneys for Defendants
                                           WELLS FARGO BANK, N.A. AND LIFE
                                           INSURANCE ENDORSEMENT METHOD
                                           SPLIT DOLLAR PLAN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

**ATTESTATION PER GENERAL ORDER NO. 45.X.B.**

Concurrence in the filing of this document has been obtained from each of the signatories listed above. Attested to on December 4, 2009 under penalty of perjury under the laws of the United States.

                                           /S/Mark H. Lipton_____
                                           Mark H. Lipton