1 | CHRISTOPHER M. AHEARN, State Bar No. 239089
  | chris.ahearn@ogletreedeakins.com
2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
  | One Market Plaza, Steuart Tower, Suite 1300
3 | San Francisco, California 94105
  | Telephone:    (415) 442-4810
4 |
  | Attorneys for Defendant, Counter-Claimant, Counter-Defendant and Cross-Claimant
5 | WELLS FARGO BANK, N.A., and Defendant and Counter-Defendant the LIFE INSURANCE
  | ENDORSEMENT METHOD SPLIT DOLLAR PLAN
6 |
  | MARK H. LIPTON, CA State Bar No. 51010
7 | liptonapc@aol.com
  | NEYART, ANDERSON, FLYNN, & GROSBOLL
8 | 1380 Lead Hill Blvd., Ste. 106
  | Roseville, CA 956661
9 | Telephone:    (916) 652-2221

10 | Attorneys for Plaintiff and Counter-Defendant LESLIE LANNA, and Cross-Defendants and
   | Counter-Claimants NICOLE LANNA and JAMIE LANNA
11 |
   | OLIVIA M. WRIGHT, CA State Bar No. 240200
12 | owright@kmulaw.com
   | KIMBALL, MacMICHAEL & UPTON, P.C.
13 | 5260 North Palm Avenue, Suite 221
   | Fresno, CA 93704
14 | Telephone:    (559) 435-5500

15 | JIMMIE W. PURSELL, JR., AZ State Bar No. 19957
   | (admitted Pro Hac Vice)
16 | jpursell@jsslaw.com
   | JENNINGS, STROUSS & SALMON, P.L.C.
17 | A Professional Limited Liability Company
   | The Collier Center, 11th Floor
18 | 201 East Washington Street
   | Phoenix, Arizona 85004-2385
19 | Telephone: (602) 262-5911

20 |
   | Attorneys for Cross-Defendant and Counter-Claimant CATHERINE LANNA
21 |
22 |                    UNITED STATES DISTRICT COURT
23 |                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
24 |

| | |
|---|---|
| 25  LESLIE LANNA, an individual, | Case No.  CV 093432 SC |
| 26           Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER |
| 27     v. | |
| 28  WELLS FARGO BANK, N.A. the appropriate | Complaint Filed:  July 27, 2009 |

                                                        1                          CASE NO. CV 093432 SC
           STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER

|   |   |
|---|---|
| named fiduciary of the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN, LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN<br><br>Defendants.<br><br>AND RELATED ACTIONS | Trial Date:   None Set<br>Judge:        Hon. Samuel Conti |

The prior Status Conference was held March 5, 2010 before the Honorable Samuel J. Conti. All parties appeared through counsel. The next scheduled Status Conference is April 30, 2010 (with a status report due April 23, 2001). At the Status Conference the Court ordered the case to its Alternate Dispute Resolution Program (ADR). The parties were in contact with the ADR Program coordinator and agreed to mediation. A teleconference with the mediator, Jeff Lewis, was had and mediation has been scheduled to begin June 10, 2010 at 9:00 a.m. at the office of the mediator in Oakland, California. Plaintiff Leslie Lanna will attend in person as will counter-claimant/cross-defendant Catherine Lanna. Defendant/counter-claimant Wells Fargo will have a representative at the mediation as well. Cross defendants/counter-claimants Nicole Lanna and Jamie Lanna will be represented through counsel but will be available by phone to approve any settlement should the other parties reach agreement.

WHEREAS there is nothing further to report, and the results of the pre-mediation have been docketed with the Court, the parties hereto agree and ask the Court to continue the Status Conference scheduled for April 30, 2010 to a date after the mediation of June 10, 2010 in the event the case does not settle.

/ / / / / / / / /

/ / / / / / / / /

/ / / / / / / / /

/ / / / / / / / /

/ / / / / / / / /

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED:                                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher M. Ahearn
Christopher M. Ahearn
Attorneys for Defendant, Counter-Claimant, Counter-Defendant and Cross-Claimant WELLS FARGO BANK, N.A., and Defendant and Counter-Defendant the LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

DATED:                                   NEYART, ANDERSON, FLYNN, & GROSBOLL

By: /s/ Mark H. Lipton
Mark H. Lipton
Attorneys for Plaintiff and Counter-Defendant LESLIE LANNA, and Cross-Defendants and Counter-Claimaints NICOLE LANNA and JAMIE LANNA

DATED:                                   JENNINGS, STROUSS & SALMON, PLC

By: /s/ Jimmie W. Pursell, Jr.
Jimmie W. Pursell, Jr.
Attorneys for Cross-Defendant and Counter-Claimant CATHERINE LANNA

DATED:                                   KIMBLE, MACMICHAEL AND UPTON, PLC

By: Olivia M. Wright
Olivia M. Wright
Attorneys for Cross-Defendant and Counter-Claimant CATHERINE LANNA

1  ATTESTATION PER GENERAL ORDER NO. 45.X.B.

2      Concurrence in the filing of this document has been obtained from each of the signatories

3  listed above. Attested to on April 23, 2010 under penalty of perjury under the laws of the United

4  States.

5                                          /s/ Mark H. Lipton
                                        Mark H. Lipton

7  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference

8  is continued to July 23, 2010 at 10:00 a.m.

10  DATED: __April 26, 2010__    _____
11                                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28