1  THOMAS M. MCINERNEY, State Bar No. 162055
   tom.mcinerney@ogletreedeakins.com
2  CHRISTOPHER M. AHEARN, State Bar No. 239089
   chris.ahearn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
6

7  Attorneys for Defendant, Counter-Claimant and Cross-Claimant
   WELLS FARGO BANK, N.A. and Defendant
8  THE LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

9  Jimmie Pursell
   jpursell@jsslaw.com
10 JENNINGS, STROUSS & SALMON
   201 East Washington Street
11 11th Floor
   Phoenix, AZ  85004-2385
12 Telephone:   (602) 262-5812
   Facsimile:   (602) 495-2671
13
   Attorneys for Cross-Defendant and Counter-Claimant
14 CATHERINE LANNA

15 Mark H. Lipton
   liptonapc@aol.com
16 NEYHART, ANDERSON, FLYNN & GROSBOLL
   1380 Lead Hill Boulevard, Suite 106
17 Roseville, California 95661
   Telephone:   (916) 652-2221
18

19 Attorneys for Plaintiff and Counter-Defendant, Cross-Defendants and Counter-claimants
   LESLIE LANNA, NICOLE LANNA, and JAMIE LANNA
20

21               UNITED STATES DISTRICT COURT

22           FOR THE NORTHERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| 24 LESLIE LANNA, an individual, | Case No. CV 093432 SC |
| 25                Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| 26        v. | [F.R.Civ.P. 41(a)] |
| 27 WELLS FARGO BANK, N.A. the appropriate named fiduciary of the LIFE INSURANCE | |
| 28 | Complaint Filed:  July 27, 2009 |

| | |
|---|---|
| ENDORSEMENT METHOD SPLIT DOLLAR PLAN, LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN<br><br>Defendants. | Trial Date:    None Set<br>Judge:         Hon. Samuel Conti |
| AND RELATED ACTIONS | |

Pursuant to FRCP 41(a)(1)(ii) 1) Plaintiff Leslie Lanna and Counter Claimants, Nicole Lanna and Jamie Lanna through their attorneys of record, hereby request an order of this Court dismissing with prejudice this Action and all causes within as to all Defendants, Cross Defendants and Counter-Claimants, 2) that Cross-Defendant/Counter-Claimant Catherine Lanna through her attorneys of record dismisses this Action and all causes within with prejudice, and 3) that Defendants and Counter-Claimants/Cross- Claimants Wells Fargo Bank and the Life Insurance Endorsement Method Split Dollar Plan through their attorneys of record dismiss this Action and all causes within with prejudice.

Said Dismissal is predicated upon settlement of all claims and accompanying releases as to each of the named parties. The parties shall bear their own attorney fees and costs.

DATED: July 22, 2010

NEYART, ANDERSON, FLYNN & GROSBOLL

By: _____/s/ Mark H. Lipton_____
MARK H. LIPTON
Attorneys for
LESLIE LANNA, NICOLE LANNA, and JAMIE LANNA

DATED: July 22, 2010

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: ___/s/ Christopher M. Ahearn_____
Christopher M. Ahearn
Attorneys for Defendant, Counter and Cross-Claimant
WELLS FARGO BANK, N.A. and for Defendant
THE LIFE INSURANCE ENDORSEMENT METHOD SPLIT DOLLAR PLAN

IT IS SO ORDERED
Judge Samuel Conti

DATED: July 22, 2010

JENNINGS, STROUSS & SALMON

By: /s/ Jimmie Pursell
Jimmie Pursell
Attorneys for Cross-Defendant and Counterclaimant
CATHERINE LANNA

### ATTESTATION PER GENERAL ORDER NO. 45.X.B.

Concurrence in the filing of this document has been obtained from each of the signatories listed above. Attested to on July 22, 2010, under penalty of perjury under the laws of the United States.

/s/ Christopher M. Ahearn
Christopher M. Ahearn

el stip dismiss wells
splitdollar

Case No. CV-093432 SC

STIPULATED DISMISSAL WITH PREJUDICE/WAIVER OF FEES AND COSTS